GEORGE S. CARDONA
Acting United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
DENNIS J. HANNA
Special Assistant United States Attorney
California State Bar No. 184475
    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8962
    Facsimile: (415) 744-0134
    Email: dennis.hanna@ssa.gov
Attorneys for Defendant

## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| CYNTHIA Y. RAINEY,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | No. EDCV 09-00968 AJW<br><br>**JUDGMENT** |

    The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within judgment of remand, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

November 9, 2009

                                       HON. ANDREW J. WISTRICH
                                       UNITED STATES MAGISTRATE JUDGE